United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-14212-amc |
| Debbs Health Services, LLC. | Chapter 7 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 2 |
| Date Rcvd: Oct 26, 2020 | Form ID: 309C | Total Noticed: 8 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Debbs Health Services, LLC., 1500 Market Street, Philadelphia, PA 19102-2100 |
| 14554047 | + | Quest Diagnostics, 1201 South Collegeville Road, Collegeville, PA 19426-2998 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: brad@sadeklaw.com | Oct 27 2020 02:12:00 | BRAD J. SADEK, Sadek and Cooper, 1315 Walnut Street, Suite 502, Philadelphia, PA 19107 |
| tr | + | EDI: FGARYFSEITZ.COM | Oct 27 2020 02:53:00 | GARY F. SEITZ, Gellert Scali Busenkell & Brown LLC, 8 Penn Center, 1628 John F. Kennedy Blvd, Suite 1901, Philadelphia, PA 19103-2113 |
| smg | | Email/Text: megan.harper@phila.gov | Oct 27 2020 02:12:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 27 2020 02:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 27 2020 02:12:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Oct 27 2020 02:12:00 | United States Trustee, Office of United States Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2908 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14554049 | *+ | Quest Diagnostics, 1201 South Collegeville Road, Collegeville, PA 19426-2998 |
| 14554050 | *+ | Quest Diagnostics, 1201 South Collegeville Road, Collegeville, PA 19426-2998 |
| 14554051 | *+ | Quest Diagnostics, 1201 South Collegeville Road, Collegeville, PA 19426-2998 |
| 14554052 | *+ | Quest Diagnostics, 1201 South Collegeville Road, Collegeville, PA 19426-2998 |
| 14554053 | *+ | Quest Diagnostics, 1201 South Collegeville Road, Collegeville, PA 19426-2998 |
| 14554054 | *+ | Quest Diagnostics, 1201 South Collegeville Road, Collegeville, PA 19426-2998 |
| 14554055 | *+ | Quest Diagnostics, 1201 South Collegeville Road, Collegeville, PA 19426-2998 |
| 14554056 | *+ | Quest Diagnostics, 1201 South Collegeville Road, Collegeville, PA 19426-2998 |
| 14554057 | *+ | Quest Diagnostics, 1201 South Collegeville Road, Collegeville, PA 19426-2998 |
| 14554058 | *+ | Quest Diagnostics, 1201 South Collegeville Road, Collegeville, PA 19426-2998 |
| 14554059 | *+ | Quest Diagnostics, 1201 South Collegeville Road, Collegeville, PA 19426-2998 |
| 14554060 | *+ | Quest Diagnostics, 1201 South Collegeville Road, Collegeville, PA 19426-2998 |

| District/off: 0313-2 | User: Adminstra | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 26, 2020 | Form ID: 309C | Total Noticed: 8 |

| | | |
|---|---|---|
| 14554061 | *+ | Quest Diagnostics, 1201 South Collegeville Road, Collegeville, PA 19426-2998 |
| 14554062 | *+ | Quest Diagnostics, 1201 South Collegeville Road, Collegeville, PA 19426-2998 |
| 14554063 | *+ | Quest Diagnostics, 1201 South Collegeville Road, Collegeville, PA 19426-2998 |
| 14554048 | *+ | Quest Diagnostics, 1201 South Collegeville Road, Collegeville, PA 19426-2998 |

TOTAL: 0 Undeliverable, 16 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2020          Signature:      /s/Joseph Speetjens

| Information to identify the case: | | |
|---|---|---|
| Debtor | Debbs Health Services, LLC.<br>Name | EIN: 46–5700105 |
| United States Bankruptcy Court | Eastern District of Pennsylvania | Date case filed for chapter: 7  10/23/20 |
| Case number: | 20–14212–amc | |

Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline            12/15

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Debbs Health Services, LLC. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1500 Market Street<br>Philadelphia, PA 19102 | |
| 4. | **Debtor's attorney**<br>Name and address | BRAD J. SADEK<br>Sadek and Cooper<br>1315 Walnut Street<br>Suite 502<br>Philadelphia, PA 19107 | Contact phone 215–545–0008<br><br>Email: brad@sadeklaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | GARY F. SEITZ<br>Gellert Scali Busenkell & Brown LLC<br>8 Penn Center<br>1628 John F. Kennedy Blvd<br>Suite 1901<br>Philadelphia, PA 19103 | Contact phone 215–238–0011<br><br>Email: gseitz@gsbblaw.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M; Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 10/26/20 |
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **November 19, 2020 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Section 341 Meeting will be conducted by telephone. Please consult the docket or contact the trustee appointed to the case for access or call–in information.** |
| 8. | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline** page **1**