Resolution of Board of Directors
of
**Debbs Health Services, LLC.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **7** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Robert H. Debbs, Sole Member** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Robert H. Debbs, Sole Member** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Robert H. Debbs, Sole Member** of this Corporation is authorized and directed to employ **Brad J. Sadek, Esquire**, attorney and the law firm of **Sadek and Cooper** to represent the corporation in such bankruptcy case.

Date **November 9, 2020**                Signed *Robert Debbs*

**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re   Debbs Health Services, LLC.                                   Case No.   20-14212
                                      Debtor(s)                        Chapter    7

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Robert H. Debbs**, declare under penalty of perjury that I am the **Sole Member** of **Debbs Health Services, LLC.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **23rd** day of **October**, 20**20**.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Robert H. Debbs, Sole Member** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Robert H. Debbs, Sole Member** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Robert H. Debbs, Sole Member** of this Corporation is authorized and directed to employ **Brad J. Sadek, Esquire**, attorney and the law firm of **Sadek and Cooper** to represent the corporation in such bankruptcy case."

Date   **November 9, 2020**                          Signed   /s/ *Robert Debbs*
                                                              **Robert H. Debbs**